IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MATTHEW B. FORGIE )<br>**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** )<br> )<br> v. )<br>MATTHEW B. FORGIE )<br> MEGAN FORGIE )<br>**Respondent(s)** )<br> )<br>KENNETH E. WEST )<br>**Trustee** )<br> )<br> ) | CHAPTER 13<br><br>CASE NO. 22-10364 (ELF)<br><br>HEARING DATE: **3-22-22 at 9:30 AM**<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301 |

## ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are modified pursuant to 11 U.S.C. §362(d) and 11 U.S.C. 1301 to permit the movant to pursue the movant's in rem rights in the personal property described as a **2012 Ford Edge** bearing vehicle identification number 2FMDK4JC9CBA25294 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated:  3/22/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**