UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Matthew B. Forgie,<br>        Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br><br>        Movant<br><br>v.<br><br>Matthew B. Forgie,<br>        Debtor/Respondent<br>KENNETH E. WEST, Esquire<br>        Trustee/Respondent | Bankruptcy No. 22-10364-elf<br><br>Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this 14th day of June, 2022, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, ~~any response thereto and that it is not necessary for an effective reorganization~~, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are MODIFIED ~~hereby unconditionally terminated~~ with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust; and it is further

- 1 -

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1626 Valley Green Road, Paoli, Pennsylvania 19301, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Order entered by default.**

_____
Hon. Eric L. Frank
U.S. Bankruptcy Court Judge